UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MANUEL ANTONIO GARCIA,

                           Plaintiff,        ORDER OF DISMISSAL
                                       FOR FAILURE TO PROSECUTE

   -vs-
                                         CV-04-4956   (NGG)

WASTE MANAGEMENT INC., et al.,

                          Defendants.

GARAUFIS, J.

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since NOVEMBER 16, 2004 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

                                                       SO ORDERED.

                                                       NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
              May 27, 2005

*[FILED IN CLERK'S OFFICE U.S. E.D.N.Y. MAY 31 2005 BROOKLYN OFFICE]*