UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANUEL ANTONIO GARCIA,

                 Plaintiff,

  -against-

WASTE MANAGEMENT INC., et al.,

                 Defendants.
------------------------------------------------------------------X

JUDGMENT
04-CV- 4956 (NGG)

        An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 31, 2005, dismissing the case without prejudice for failure to prosecute; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
        June 02, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court

Dockets.Justia.com