UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MANUEL ANTONIO GARCIA,

                Plaintiff,

      -against-

WASTE MANAGEMENT, INC., et al.,

                Defendants.
----------------------------------------------------------------X

**ORDER**

04-CV-4956 (NGG) (VVP)

GARAUFIS, District Judge.

      The Honorable Victor V. Pohorelsky, United States Magistrate Judge, has recommended that I dismiss this case for want of prosecution. (Report and Recommendation dated February 5, 2007, Docket No. 41.) Plaintiff has not objected to Judge Pohorelsky's recommendation, and the ten-day period for objecting has expired. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). I therefore "need only satisfy [my]self that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72(b) (1983); see also CSI Inv. Partners II, L.P. v. Cendant Corp., 180 F. Supp. 2d 444, 447 (S.D.N.Y. 2001).

      I find no clear error on the face of the record. I therefore accept and adopt the Report and Recommendation dated February 5, 2007 in its entirety. This case is hereby dismissed with prejudice. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: April 16, 2007
      Brooklyn, N.Y.

          _/s/ Nicholas G. Garaufis_
          NICHOLAS G. GARAUFIS
          United States District Judge